**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

**PEDIBRUSH, LLC,**
*Plaintiff*

v.

**CATALOG SOLUTIONS, INC., et al.,**
*Defendants*

Case No.  2:17-cv-5000-JDW

**ORDER**

**AND NOW**, this 8th day of October, 2019, upon notice that the Parties have settled this matter, it is **ORDERED** as follows:

1. All case management deadlines in the above-captioned matter, including those set forth in ECF No 25, are **VACATED**;

2. The Clerk of Court is directed to place this case in civil suspense until further Order of this Court; and

3. If the Parties do not submit a stipulation of dismissal by November 7, 2019, then the Parties shall submit a joint letter to the Court via e-mail to Chambers_of_Judge_Wolson@paed.uscourts.gov advising the Court as to the status of settlement. The e-mail shall include the case caption and the phrase "settlement status" in the subject line.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.