IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDIBRUSH, LLC | : |
|                                 Plaintiff | :     CIVIL ACTION |
| v. | :     No.: 2:17-cv-05000 (MSG) |
| CATALOG SOLUTIONS, INC. et al. | : |
|                               Defendants | : |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: 10-20-19

*/s/ E. William Hevenor*
E William Hevenor, Esq.
billhevenor@comcast.net
Law Offices of E. William Hevenor, LLC
2 Horseshoe Lane
Paoli, PA 19301

Dated: 10-21-19

*/s/ Alexis K. Arena*
Alexis K. Arena, Esq.
alexis.arena@flastergreenberg.com
Flaster/Greenberg P.C.
835 Market Street, Suite 1050
Philadelphia, PA 19103

## **ORDER**

The above Stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: _____

_____
The Honorable Joshua D. Wolson